### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOCIAL RANGER, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-1525-LPS |
| | ) |
| FACEBOOK, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Thomas O. Barnett and Jonathan Gimblett of the law firm COVINGTON & BURLING LLP to represent Defendant Facebook, Inc. in this matter. In accordance with Standing Order for District Court Fund effective 3/25/2014, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Respectfully submitted,

SEITZ ROSS ARONSTAM & MORITZ LLP

 */s/ Benjamin J. Schladweiler*
David E. Ross (#5228)
Benjamin J. Schladweiler (#4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
dross@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendant Facebook, Inc.*

Dated:  January 8, 2015

**SO ORDERED**, this _____ day of _____, 2015.

_____
THE HONORABLE LEONARD P. STARK
CHIEF, UNITED STATES DISTRICT JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bars of the State of Maryland and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  January 8, 2015                      /s/ Thomas O. Barnett
                                                           Thomas O. Barnett
                                                           COVINGTON & BURLING LLP
                                                           One CityCenter
                                                           850 Tenth Street, N.W.
                                                           Washington, D.C.  20001
                                                           Telephone:  (202) 662-5407
                                                           tbarnett@cov.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the bars of the Commonwealth of Virginia and the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date:  January 8, 2015                   */s/ Jonathan Gimblett*
                                         Jonathan Gimblett
                                         COVINGTON & BURLING LLP
                                         One CityCenter
                                         850 Tenth Street, N.W.
                                         Washington, D.C.  20001
                                         Telephone:  (202) 662-5457
                                         Facsimile: (202) 778-5457
                                         jgimblett@cov.com