

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

October 24, 2016

**VIA E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

RE:   *Social Ranger, LLC v. Facebook, Inc.*, **C.A. No. 14-1525 (LPS)**

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal telephonic meet-and-confer on October 20, 2016:

For Social Ranger:
    Delaware Counsel: Albert H. Manwaring, IV
    Lead Counsel: Derek Newman, Derek Linke, David Elihu, Jason Sykes

For Facebook:
    Delaware Counsel: Benjamin Schladweiler
    Lead Counsel: Jonathan Gimblett, Anne Lee, Kai Smith

The disputes requiring judicial attention are listed below:

    Social Ranger's request that Facebook produce Mark Zuckerberg for deposition.

    Respectfully submitted,

    */s/ Kenneth L. Dorsney*

    Kenneth L. Dorsney (I.D. #3629)
    *kdorsney@morrisjames.com*

KLD
cc: All counsel of record (via electronic mail)