IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOCIAL RANGER, LLC, a Delaware limited liability company,<br><br>*Plaintiff,*<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>*Defendant.* | C.A. NO. 14-1525-LPS |

**FOURTH JOINT STIPULATION AND [PROPOSED] ORDER
TO AMEND THE SCHEDULING ORDER**

Plaintiff Social Ranger, LLC ("Social Ranger") and Defendant Facebook, Inc. ("Facebook"), by and through their undersigned counsel, hereby stipulate to modify the Court's July 17, 2015 Scheduling Order in this action as follows:

WHEREAS, on July 17, 2015, the Court approved the parties proposed scheduling order and set certain pretrial and trial dates (the "Scheduling Order") (D.I. 29);

WHEREAS, on December 21, 2015, the parties entered into a joint stipulation amending the Scheduling Order to extend the discovery cut off date to July 15, 2016 and the deadline for filing all case dispositive motions to December 15, 2016 (the "First Joint Stipulation") (D.I. 44);

WHEREAS, on May 18, 2016, the parties entered into a joint stipulation further amending the Scheduling Order to extend the discovery cut off date to September 15, 2016 and the deadline for filing all case dispositive motions to January 17, 2016;

WHEREAS, on August 16, 2016, the parties entered into a joint stipulation further amending the Scheduling Order to extend the discovery cut off date to September 30, 2016, extend the deadline to file opening expert reports to October 13, 2016, and extend the deadline to file rebuttal expert reports to November 10, 2016;

1

WHEREAS, the parties agree that an extension of certain pretrial dates is necessary and can be accomplished without impacting currently scheduled dates for pretrial conference or trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

1. The deadline for submission of rebuttal expert reports to the opening report by Social Ranger expert Jeffrey J. Leitzinger, Ph.D. (*see* D.I. 190) is extended from November 10, 2016 to November 23, 2016.

2. The deadline for submission of reply expert reports to the Leitzinger report is extended from December 8, 2016 to December 21, 2016.

3. All other dates in the Scheduling Order (D.I. 29), Second Joint Stipulation (D.I. 73), and Third Joint Scheduling Order (D.I. 131) including deadlines for all other rebuttal and reply expert reports, the pretrial conference and trial, remain in full order and effect. A chart setting forth the stipulated schedule is attached hereto as Exhibit A.

In the event the Court is inclined to reject any of the dates in the stipulated schedule (Ex. A), the parties respectfully request a telephonic hearing with the Court to address the upcoming deadlines in this case.

Oral argument on case dispositive motions will be heard on Tuesday, February 28, 2017 at 3:00 p.m. Each side will be allocated forty-five (45) minutes. /s/ LPS

2

Dated: November 9, 2016

| | |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Benjamin J. Schladweiler* |
| Kenneth L. Dorsney (I.D. #3726) | David E. Ross (I.D. #5228) |
| Mary B. Matterer (I.D. #2696) | Benjamin J. Schladweiler (I.D. #4601) |
| **Morris James LLP** | **Ross Aronstam & Moritz LLP** |
| 500 Delaware Avenue, Suite 1500 | 100 S. West Street, Suite 400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 888-6800 | (302) 576-1600 |
| kdorsney@morrisjames.com | dross@ram-llp.com |
| mmatterer@morrisjames.com | bschladweiler@ram-llp.com |
| | |
| **ATTORNEYS FOR PLAINTIFF SOCIAL RANGER, LLC** | **ATTORNEYS FOR DEFENDANT FACEBOOK, INC.** |

SO ORDERED, this 14th day of November, 2016

_____
THE HONORABLE LEONARD P. STARK
CHIEF, UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Pre-Trial Event | Current Deadline | Deadline Under Stipulated Extension |
| --- | --- | --- |
| Rebuttal Expert Reports (other than to the Leitzinger report) | November 10, 2016 | November 10, 2016 (unchanged) |
| Rebuttal Expert Reports to the Leitzinger report | November 10, 2016 | November 23, 2016 |
| Reply Expert Reports (other than to the Leitzinger report) | December 8, 2016 | December 8, 2016 (unchanged) |
| Reply Expert Reports to the Leitzinger report | December 8, 2016 | December 21, 2016 |
| Case Dispositive Motions | January 16, 2017 | January 16, 2017 (unchanged) |
| Pretrial Conference | May 26, 2017 | May 26, 2017 (unchanged) |
| Trial (unchanged) | June 12, 2017 | June 12, 2017 (unchanged) |