

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

November 14, 2016

**VIA E-FILING AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street, Unit 26, Room 6124
Wilmington, DE 19801

**RE:**   *Social Ranger, LLC v. Facebook, Inc.*, **C.A. No. 14-1525 (LPS)**

Dear Chief Judge Stark:

     In accordance with the Court's oral order dated Tuesday, November 8, 2016, Social Ranger, LLC ("Social Ranger") and Facebook, Inc. ("Facebook") report that they have agreed for the deposition of Facebook's Chief Executive Office, Mark Zuckerberg, to proceed on Thursday, December 22, 2016.

     Facebook offered Mr. Zuckerberg for deposition on December 6, 2016. However, that date does not work for Social Ranger, and Mr. Zuckerberg was not otherwise available for deposition prior to December 20, 2016, the cutoff date set by the Court at the November 8 hearing. Given their mutual agreement, the parties request that the Court allow the deposition to proceed on December 22, 2016.

                                    Respectfully submitted,

                                    */s/ Kenneth L. Dorsney*

                                    Kenneth L. Dorsney (I.D. #3726)
                                    *kdorsney@morrisjames.com*

KLD/kjh
cc: All counsel of record (via electronic mail)