IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| SOCIAL RANGER, LLC, *a Delaware corporation*, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1525-LPS |
| | ) | |
| FACEBOOK, INC., *a Delaware corporation*, | ) | |
| | ) | |
| Defendant. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER CONCERNING BRIEFING OF
CASE DISPOSITIVE MOTIONS AND OBJECTIONS TO EXPERT TESTIMONY**

Defendant Facebook, Inc. ("Facebook") has requested additional page limits for briefing summary judgment and *Daubert* motions currently due on January 20, 2017, and March 24, 2017. Plaintiff Social Ranger, LLC ("Social Ranger") does not oppose the request. Accordingly, the parties, by and through their undersigned counsel, and subject to approval of the Court, hereby agree and stipulate as follows:

WHEREAS, on July 17, 2015, the Court approved the parties' proposed scheduling order, which stated that briefing on Case Dispositive Motions would be presented pursuant to the Court's Local Rules (the "Scheduling Order") (D.I. 29 at ¶11);

WHEREAS, on December 22, 2016, the Court approved the parties' Fifth Joint Stipulation and Order to Amend Scheduling Order, extending the deadline for Case Dispositive Motions and Objections to Expert Testimony to January 20, 2017, with the exception of Objections to Expert Testimony regarding damages which are now due on March 24, 2017;

WHEREAS, the parties believe that the limits contained in Paragraph 17.b of the Court's Standard Patent Scheduling Order (non-ANDA), as revised in June 2014, should apply to

motions due on January 20, 2017, and that written briefing of any motions filed in connection with the March, 24, 2017 deadline should be subject to commensurate page limits;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

1. With regard to Case Dispositive Motions and Objections to Expert Testimony due on January 20, 2017, each party is permitted to file as many case dispositive motions as desired; provided, however, that each **SIDE** will be limited to a combined total of 40 pages for all opening briefs, a combined total of 40 pages for all answering briefs, and a combined total of 20 pages for all reply briefs regardless of the number of case dispositive motions that are filed. In the event that a party files, in addition to a case dispositive motion, a *Daubert* motion to exclude or preclude all or any portion of an expert's testimony, the total amount of pages permitted for all case dispositive and *Daubert* motions shall be increased to 50 pages for all opening briefs, 50 pages for all answering briefs, and 25 pages for all reply briefs for each **SIDE**;

2. With regard to Objections to Expert Testimony due on March 24, 2017, each side will be limited to 10 pages for opening briefs, 10 pages for answering briefs, and 5 pages for reply briefs.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MORRIS JAMES LLP | ROSS ARONSTAM & MORITZ LLP |
| */s/ Kenneth L. Dorsney* | */s/ Benjamin J. Schladweiler* |
| Kenneth L. Dorsney (#3726) | David E. Ross (#5228) |
| Mary B. Matterer (#2696) | Benjamin J. Schladweiler (#4601) |
| 500 Delaware Avenue | Anne M. Steadman (#6221) |
| Suite 1500 | 100 S. West Street, Suite 400 |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302) 888-6800 | (302) 576-1600 |
| kdorsney@morrisjames.com | dross@ramllp.com |
| mmatterer@morrisjames.com | bschladweiler@ramllp.com |
|  | asteadman@ramllp.com |
| *Counsel for Plaintiff Social Ranger, LLC* | *Counsel for Defendant Facebook, Inc.* |

Dated:  January 18, 2017

**SO ORDERED**, this _____ day of _____, 2017.

_____
THE HONORABLE LEONARD P. STARK
CHIEF, UNITED STATES DISTRICT JUDGE