# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SOCIAL RANGER, LLC, *a Delaware corporation*, ) ) ) ) Plaintiff, ) ) v. ) ) FACEBOOK, INC., *a Delaware corporation*, ) ) Defendant. ) ) | C.A. No. 14-1525-LPS |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF SOCIAL RANGER'S REQUEST FOR INJUNCTIVE RELIEF

Defendant Facebook, Inc. ("Facebook"), by and through its undersigned counsel, hereby moves for summary judgment that Plaintiff Social Ranger, LLC lacks Article III standing to seek injunctive relief. The grounds for this motion are fully set forth in the Opening Brief in Support, filed concurrently herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROSS ARONSTAM & MORITZ LLP |
| *Of Counsel*: | */s/ Benjamin J. Schladweiler* |
|  | David E. Ross (#5228) |
| Thomas O. Barnett | Benjamin J. Schladweiler (#4601) |
| Jonathan Gimblett | Anne M. Steadman (#6221) |
| Anne Y. Lee | 100 S. West Street, Suite 400 |
| Katharine Mitchell-Tombras | Wilmington, DE 19801 |
| Lauren S. Willard | (302) 576-1600 |
| COVINGTON & BURLING LLP | dross@ramllp.com |
| One CityCenter | bschladweiler@ramllp.com |
| 850 Tenth Street, N.W. | asteadman@ramllp.com |
| Washington, D.C. 20001 |  |
| (202) 662-6000 | *Counsel for Defendant Facebook, Inc.* |
| tbarnett@cov.com |  |
| jgimblett@cov.com |  |
| alee@cov.com |  |
| kmitchelltombras@cov.com |  |
| lwillard@cov.com |  |

Kathryn E. Cahoy
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 632-4700
kcahoy@cov.com

Dated: January 20, 2017

# CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on January 20, 2017, a true copy of the foregoing *Defendant's Motion for Summary Judgment as to Plaintiff Social Ranger's Request for Injunctive Relief* was served via electronic mail upon the following counsel of record:

Kenneth L. Dorsney
Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE  19801
kdorsney@morrisjames.com
mmatterer@morrisjames.com

Derek A. Newman
Derek Linke
Jason Sykes
NEWMAN DUWORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
dn@newmanlaw.com
linke@newmanlaw.com
jason@newmanlaw.com

Sophy Tabandeh
NEWMAN DUWORS LLP
600 California Street, 14th Floor
San Francisco, CA 94109
sophy@newmanlaw.com

Brian R. Strange
Keith L. Butler
Cindy Z. Reichline
STRANGE & BUTLER
12100 Wilshire Boulevard
Suite 1900
Los Angeles, CA  90025
bstrange@strangeandbutler.com
kbutler@strangeandbutler.com
creichline@strangeandbutler.com

*Counsel for Plaintiff Social Ranger, LLC*

Bruce Van Dalsem
Kevin Teruya
Michael Lifrak
David Elihu
William C. Price
Alyssa L. Greenberg
Jon C. Cederberg
Harold A. Barza
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 Figueroa Street, 10th Floor
Los Angeles, CA  90017
brucevandalsem@quinnemanuel.com
kevinteruya@quinnemanuel.com
michaellifrak@quinnemanuel.com
davidelihu@quinnemanuel.com
williamprice@quinnemanuel.com
alygreenberg@quinnemanuel.com
joncederberg@quinnemanuel.com
halbarza@quinnemanuel.com

John J. Herbst
ADKNOWLEDGE
CLO & SVP Corporate Development
4600 Madison Avenue, 10th Floor
Kansas City, MO  64112
jherbst@adknowledge.com

Ian R. Liston
WILSON SONSINI GOODRICH & ROSATI, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE  19801
iliston@wsgr.com

*Counsel for Plaintiff Social Ranger, LLC*

 */s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)